GEORGE W. SCOTT

*v.*

BARBARA CARROLL, *et al.*

*Opinion filed February 21, 1906.*

APPEALS AND ERRORS—*when judgment must be affirmed for insufficient abstract.* A judgment must be affirmed where the errors urged are not disclosed by the abstract of record, which fails entirely to present the portions of the record upon which the questions material to the appeal arise.

APPEAL from the Circuit Court of Calhoun county; the Hon. ALBERT AKERS, Judge, presiding.

CHARLES TEMPLE, for appellant.

T. J. SELBY, for appellees.

Per CURIAM: Appellant brought a suit in ejectment in the circuit court of Calhoun county, and from a judgment in favor of appellees he appeals to this court. The abstract shows the summons and service, the declaration, the plea of not guilty and assignments of error, which are, that the court erred in admitting improper evidence, in excluding proper evidence, in finding defendants not guilty and in entering judgment for costs. Nothing further is shown. It does not appear from this abstract whether there was a bill of exceptions, or, in fact, what the judgment was. The case seems to have been tried without the intervention of a jury. Appellant argues that the finding and judgment of the court is against the preponderance of the evidence. The errors urged are not disclosed by the abstract filed, and that document fails entirely to present that portion of the record upon which the questions material to this appeal arise. The judgment of the circuit court will therefore be affirmed.

*Judgment affirmed.*